STEFANI E. SHANBERG (State Bar No. 206717)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
E-Mail: sshanberg@wsgr.com

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Western Division – Los Angeles

| | |
|---|---|
| EVERYMD.COM LLC,<br>a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br>a Delaware corporation,<br><br>    Defendant. | Case No. 2:13-cv-06490-MRP-FFM<br><br>**STATUS REPORT REGARDING INTER PARTES REVIEW OF U.S. PATENT NO. 8,504,631** |

    Pursuant to the Court's Order dated January 15, 2014 (Dkt. 18), Defendant Google Inc. ("Google") hereby advises the Court as to the status of the petition for *inter partes* review of United States Patent No. 8,504,631 ("the '631 patent").

    On January 10, 2014, Google submitted to the Patent Trial and Appeal Board of the United States Patent and Trademark Office ("PTAB") a petition for *inter partes* review of the '631 patent. On May 22, 2014, the PTAB issued a decision denying the Petition. On May 23, 2014, Plaintiff EveryMD.com LLC provided a status update informing the Court of the denial (Dkt. 19). Google believes that the PTAB's denial is improper in that the PTAB misapprehended and

/ / /

1  overlooked matters addressed in Google's petition.  Google intends to file a motion
2  for reconsideration of the PTAB decision, requesting that the Petition be granted.

4  Dated:  May 30, 2014                     WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By:        /s/ *Stefani E. Shanberg*
                                                       Stefani E. Shanberg

                                            Attorneys for Defendant
                                            GOOGLE INC.